TREVOR Q. CODDINGTON (CSB NO. 243,042)
trevor@insigne.law
HOLLIE J. KUCERA (CSB NO. 320,596)
hkucera@insigne.law
ADAM T. TUROSKY (CSB NO. 336,024)
aturosky@insigne.law
INSIGNE PC
5650 El Camino Real, Suite 130
Carlsbad, CA 92008
Telephone: (858) 227-6633
Facsimile: (858) 504-6633

*Attorneys for Plaintiff*,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIGNE PC,<br>a California professional corporation,<br><br>                                  *Plaintiff*,<br>v.<br><br>COMSOVEREIGN HOLDING CORP.,<br>a Nevada corporation,<br><br>                               *Defendant*. | CASE NO.: **'22CV1783 W    KSC**<br><br>**COMPLAINT FOR (1) BREACH OF CONTRACT, (2) OPEN BOOK ACCOUNT, (3) ACCOUNT STATED, AND (4) QUANTUM MERUIT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Insigne PC ("Insigne") complains and alleges against Defendant COMSovereign Holding Corp. ("COMS") as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract, open book account, account stated, and quantum meruit. Insigne brings the action for COMS' failure to pay Insigne for legal services rendered, including expenses.

2. Insigne provided COMS legal services for numerous intellectual property matters from June 2021 to July 2022. Insigne provided those legal services at COMS's request according to an engagement agreement ("Agreement") which required that COMS pay Insigne for those services every month. At the conclusion of Insigne's services, the Agreement specified that "all unpaid fees and expenses would immediately become due and payable." Despite repeated pleas as a small business and COMS's assurance that payment would be rendered by the end of September, COMS has made no payment to Insigne's outstanding invoices relating to those matters for $75,422.86, exclusive of interest and costs.

3. In failing to pay the amounts owed, COMS has breached its contract with Insigne and profited unjustly. COMS has offered no legitimate reason for its failure to pay, and thus Insigne is now forced to bring this action to obtain a recovery for the outstanding amounts owed.

## THE PARTIES

4. Insigne is a professional corporation duly organized and existing under the laws of the State of California.

5. COMS is a publicly-held corporation (NASDAQ: COMS) duly organized and existing under the laws of the State of Nevada, with its principal place of business located in Dallas, Texas. COMS operates several subsidiaries located in this District, including V-E-O, Inc. and Innovation Digital, LLC.

## JURISDICTION AND VENUE

6. This Court has diversity jurisdiction over the parties pursuant to 28 U.S.C.

§1332(a). No Defendant is a citizen of the same state as Plaintiff, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Venue is proper in the United States District Court for the Southern District of California under 28 U.S.C. §§ 1391(b) and (c) because COMS is a corporation.

## FACTUAL BACKGROUND

8. In June 2021, COMS retained Insigne to provide intellectual property services relating to trademark and patent matters for COMS and its subsidiaries, including Innovation Digital, V-E-O Photonics, DragonWave, Lextrum, and Saguna Networks, among others.

9. Between August 2021 and January 2022, COMS paid Insigne's invoices. Beginning in May 2022, COMS ceased paying Insigne's invoices.

10. On August 10, 2022, Insigne was informed by Daniel L. Hodges, CEO of COMS, that all COMS's patent matters were transferred to a different firm and that Insigne should halt any further activities relating to COMS's patent matters.

11. Between August 2022 through October 2022, Insigne sent multiple emails to Dan Hodges and other COMS executives requesting payment of its outstanding invoices. COMS has not disputed or questioned the invoices sent as described herein and attached as **Exhibits A, B, and C**.

12. In early September 2022, Dan Hodges ensured Insigne that all outstanding invoices would be paid by the end of September 2022.

13. As of the filing of this Complaint, no payments have been made to cure the outstanding invoices.

14. COMS's acts described above have caused, and unless restrained, will continue to cause irreparable damage and injury to Insigne, for which Insigne has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

15. Insigne repeats, realleges, and incorporates by reference the allegations

contained in the previous paragraphs of this Complaint as though fully set forth herein.

16. On June 30, 2021, COMS entered the Agreement to retain Insigne for its legal services as described herein and attached as **Exhibit D**.

17. COMS breached the Agreement by failing to pay for the legal services provided by Insigne.

18. Insigne has fully performed all its covenants and obligations under the Agreement.

19. Implicit in the Agreement is a covenant that COMS would compensate Insigne for the legal services provided to COMS.

20. As a direct and proximate result of COMS's breach as described herein, Insigne has been damaged in an amount to conform to proof at trial, but not less than $75,000, plus interest as allowed by law, and attorneys' fees and costs as provided by law.

## SECOND CLAIM FOR RELIEF
## (OPEN BOOK ACCOUNT)

21. Insigne repeats, realleges, and incorporates by reference the allegations contained in the previous paragraphs of this Complaint as though fully set forth herein.

22. Within this past year, COMS became indebted to Insigne on an open book account for money due in the sum of $75,422.86.

23. The sum of $75,422.86, which is reasonable and has not been disputed, is due and unpaid despite Insigne's demand, plus prejudgment interest at a rate of 7% from May 4, 2022, the date the sums mentioned above became due and owing.

## THIRD CLAIM FOR RELIEF
## (ACCOUNT STATED)

24. Insigne repeats, realleges, and incorporates by reference the allegations contained in the previous paragraphs of this Complaint as though fully set forth herein.

25. In the last year, COMS became indebted to Insigne, and it was agreed that COMS was indebted to Insigne.

26. The sum of $75,422.86, which is reasonable and has not been disputed, is due

and unpaid. Despite Insigne's demand, plus prejudgment interest at a rate of 7% from May 4, 2022, the date the sums mentioned above became due and owing.

## FOURTH CLAIM FOR RELIEF
## (QUANTUM MERUIT)

27. Insigne repeats, realleges, and incorporates by reference the allegations contained in the previous paragraphs of this Complaint as though fully set forth herein.

28. COMS requested and received legal services from Insigne. COMS benefited from the legal services Insigne provided and the costs Insigne incurred on COMS's behalf. By not paying for these legal services despite numerous requests for payment, COMS has been unjustly enriched at Insigne's expense.

29. Insigne seeks recovery in quantum meruit for the reasonable value of the unpaid legal services provided to COMS and the costs incurred on COMS's behalf, in the amount of $75,000, plus interest.

## PRAYER FOR RELIEF

WHEREFORE, Pathway prays that the Court award relief in favor of Insigne as follows:

1. For the sum of $75,422.86, the unpaid balance;
2. For all costs of suit incurred herein;
3. For interest at the rate of 7% per annum from May 4, 2022;
4. For such other and further relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Insigne respectfully demands a jury trial on all issues triable by jury.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: November 9, 2022 | By: | /s/ Hollie J. Kucera |
| | | Trevor Q. Coddington |
| | | Hollie J. Kucera |
| | | Adam T. Turosky |
| | | Insigne PC |
| | | 5650 El Camino Real, Suite 130 |
| | | Carlsbad, CA 92008 |
| | | Phone: (858) 227-6633 |
| | | Fax: (858) 504-6633 |
| | | |
| | | *Attorneys for Plaintiff*, |
| | | Insigne PC |